No. 04–9294. CONTRERAS-VELASQUEZ, AKA CONTRERAS, AKA RAMIREZ, AKA RAMIREZ CONTRERAS, AKA LEON CONTRERAS v. UNITED STATES; RAMIREZ-TORRES, AKA ZAVALSA-RIVERA v. UNITED STATES; and REGIL-RODRIGUEZ, AKA FIGUEROA-RIOS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–9303. WOOD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–9304. WALL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–9319. MEDINA-MARTINEZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 04–9321. LEWIS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–9325. NINO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–9327. JIMENEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–9330. ANTUNA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–9339. SOUTHARD v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–9340. RUSS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–9345. RENEAU v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–9350. MASON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–9352. ORDAZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–9355. SHARP v. HENNEPIN COUNTY MEDICAL CENTER. Ct. App. Minn. Certiorari denied.